1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 HATEM FAHMI,                          )
                                         ) No. C 07-0048 JW
13               Plaintiff,              )
                                         )
14        v.                             )
                                         ) **STIPULATION TO EXTEND TIME**
15 DAVID STILL, District Director, U.S.  ) **WITHIN WHICH THE DEFENDANTS**
   Department of Homeland Security, Bureau of ) **MUST FILE AN ANSWER**
16 Citizenship and Immigration Services, San )
   Francisco District; EMILIO T. GONZALEZ, )
17 Director, U.S. Department of Homeland Security, )
   Bureau of Citizenship and Immigration Services; )
18 MICHAEL CHERTOFF, U.S. Secretary of   )
   Homeland Security,                    )
19                                       )
                 Defendants.              )
20 _____ )

21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time within

24 which the Defendants must serve their answer to the complaint in the above-entitled action.  The

25 Defendants will file their answer on or before March 16, 2007.

26 ///

27 ///

28

Stipulation to Extend Answer Date
C07-0048 JW                                    1

1 | Dated: March 9, 2007 | Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

　　　　　　　/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: March 9, 2007

　　　　　　　/s/
MAHESH BAJORIA
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/12/2007

_____
JAMES WARE
United States District Judge

Stipulation to Extend Answer Date
C07-0048 JW                                    2