1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                 SAN JOSE DIVISION

10   Hatem Fahmi,                              NO. C 07-00048 JW

11            Plaintiff,                       **ORDER VACATING CASE**
                                               **MANAGEMENT CONFERENCE**
        v.
12
     David Still, et al.,
13
              Defendant.
14   _____/

15        This case was scheduled for an initial case management conference on April 23, 2007.  The

16   Court vacates the hearing pending its review of Plaintiff's Petition for Hearing on Naturalization.

17

18   Dated:  April 18, 2007

19                                            JAMES WARE
                                              United States District Judge
20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Ila Casy Deiss ila.deiss@usdoj.gov

3

James Robert Canfield
Mahesh Kumar Bajoria
4   1150 North First Street, Suite 219
San Jose,  CA 95112

5

6   **Dated:  April 18, 2007**                                    **Richard W. Wieking, Clerk**

7

8                                                                **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
9                                                                **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California