SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HATEM FAHMI,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security,<br><br>    Defendants. | No. C 07-0048 JW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-0048 JW                                                1

| | | |
|---|---|---|
| 1 | Dated: April 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

                                            /s/
                                    ILA C. DEISS
                                    Assistant United States Attorney
                                    Attorney for Defendants

Dated: April 26, 2007                        /s/
                                    MAHESH BAJORIA
                                    Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 1 2007

                                    _____
                                    JAMES WARE
                                    United States District Judge

Stipulation to Dismiss
C07-0048 JW                                 2